Movant's Exhibit C

| Day | August Rent | August Rent Penalty | Partial August Payment |
|---|---|---|---|
| 8/1/2025 | $7,000 | | |
| 8/2/2025 | – | | |
| 8/3/2025 | – | | |
| 8/4/2025 | – | $250 | – |
| 8/5/2025 | – | $50 | – |
| 8/6/2025 | – | $50 | – |
| 8/7/2025 | – | $50 | – |
| 8/8/2025 | – | $50 | – |
| 8/9/2025 | – | $50 | – |
| 8/10/2025 | – | $50 | – |
| 8/11/2025 | – | $50 | – |
| 8/12/2025 | – | $50 | ($3,000) |
| 8/13/2025 | – | $50 | – |
| 8/14/2025 | – | $50 | – |
| 8/15/2025 | – | $50 | – |
| 8/16/2025 | – | $50 | – |
| 8/17/2025 | – | $50 | – |
| 8/18/2025 | – | $50 | – |
| 8/19/2025 | – | $50 | – |
| 8/20/2025 | – | $50 | – |
| 8/21/2025 | – | $50 | – |
| 8/22/2025 | – | $50 | – |
| 8/23/2025 | – | $50 | – |
| 8/24/2025 | – | $50 | – |
| 8/25/2025 | – | $50 | – |
| 8/26/2025 | – | $50 | – |
| 8/27/2025 | – | $50 | – |
| 8/28/2025 | – | $50 | – |
| 8/29/2025 | – | $50 | – |
| 8/30/2025 | – | $50 | – |
| 8/31/2025 | – | $50 | – |
| 9/1/2025 | – | $50 | – |
| 9/2/2025 | – | $50 | – |
| 9/3/2025 | – | $50 | – |
| 9/4/2025 | – | $50 | – |
| 9/5/2025 | – | $50 | – |
| 9/6/2025 | – | $50 | – |
| 9/7/2025 | – | $50 | – |
| 9/8/2025 | – | $50 | – |
| 9/9/2025 | – | $50 | – |
| 9/10/2025 | – | $50 | – |
| 9/11/2025 | – | $50 | – |
| 9/12/2025 | – | $50 | – |
| 9/13/2025 | – | $50 | – |
| 9/14/2025 | – | $50 | – |
| 9/15/2025 | – | $50 | – |
| 9/16/2025 | – | $50 | – |
| 9/17/2025 | – | $50 | – |
| 9/18/2025 | – | $50 | ($2,000) |
| 9/19/2025 | – | $50 | – |
| 9/20/2025 | – | $50 | – |
| 9/21/2025 | – | $50 | – |
| 9/22/2025 | – | $50 | – |
| 9/23/2025 | – | $50 | – |
| 9/24/2025 | – | $50 | ($2,000) |
| 9/25/2025 | – | – | – |
| 9/26/2025 | – | – | – |
| 9/27/2025 | – | – | – |
| 9/28/2025 | – | – | – |

| Date | | | |
|---|---|---|---|
| 9/29/2025 | – | – | – |
| 9/30/2025 | – | – | – |
| 10/1/2025 | – | – | – |
| 10/2/2025 | – | – | – |
| 10/3/2025 | – | – | – |
| 10/4/2025 | – | – | – |
| 10/5/2025 | – | – | – |
| 10/6/2025 | – | – | – |
| 10/7/2025 | – | – | – |
| 10/8/2025 | – | – | – |
| 10/9/2025 | – | – | – |
| 10/10/2025 | – | – | – |
| 10/11/2025 | – | – | – |
| 10/12/2025 | – | – | – |
| 10/13/2025 | – | – | – |
| 10/14/2025 | – | – | – |
| 10/15/2025 | – | – | – |
| 10/16/2025 | – | – | – |
| 10/17/2025 | – | – | – |
| 10/18/2025 | – | – | – |
| 10/19/2025 | – | – | – |
| 10/20/2025 | – | – | – |
| 10/21/2025 | – | – | – |
| 10/22/2025 | – | – | – |
| 10/23/2025 | – | – | – |
| 10/24/2025 | – | – | – |
| 10/25/2025 | – | – | – |
| 10/26/2025 | – | – | – |
| 10/27/2025 | – | – | – |
| 10/28/2025 | – | – | – |
| 10/29/2025 | – | – | – |
| 10/30/2025 | – | – | – |
| 10/31/2025 | – | – | – |

Movant's Exhibit C

| August Past Due Balance | September Rent | September Rent Penalty | Partial September Payment | Septembert Past Due Balance | October Rent |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| $7,250 |  |  |  |  |  |
| $7,300 |  |  |  |  |  |
| $7,350 |  |  |  |  |  |
| $7,400 |  |  |  |  |  |
| $7,450 |  |  |  |  |  |
| $7,500 |  |  |  |  |  |
| $7,550 |  |  |  |  |  |
| $7,600 |  |  |  |  |  |
| $4,650 |  |  |  |  |  |
| $4,700 |  |  |  |  |  |
| $4,750 |  |  |  |  |  |
| $4,800 |  |  |  |  |  |
| $4,850 |  |  |  |  |  |
| $4,900 |  |  |  |  |  |
| $4,950 |  |  |  |  |  |
| $5,000 |  |  |  |  |  |
| $5,050 |  |  |  |  |  |
| $5,100 |  |  |  |  |  |
| $5,150 |  |  |  |  |  |
| $5,200 |  |  |  |  |  |
| $5,250 |  |  |  |  |  |
| $5,300 |  |  |  |  |  |
| $5,350 |  |  |  |  |  |
| $5,400 |  |  |  |  |  |
| $5,450 |  |  |  |  |  |
| $5,500 |  |  |  |  |  |
| $5,550 |  |  |  |  |  |
| $5,600 |  |  |  |  |  |
| $5,650 | $7,000 |  |  |  |  |
| $5,700 | – |  |  |  |  |
| $5,750 | – |  |  |  |  |
| $5,800 | – | $250 | – | $7,250 |  |
| $5,850 | – | $50 | – | $7,300 |  |
| $5,900 | – | $50 | – | $7,350 |  |
| $5,950 | – | $50 | – | $7,400 |  |
| $6,000 | – | $50 | – | $7,450 |  |
| $6,050 | – | $50 | – | $7,500 |  |
| $6,100 | – | $50 | – | $7,550 |  |
| $6,150 | – | $50 | – | $7,600 |  |
| $6,200 | – | $50 | – | $7,650 |  |
| $6,250 | – | $50 | – | $7,700 |  |
| $6,300 | – | $50 | – | $7,750 |  |
| $6,350 | – | $50 | – | $7,800 |  |
| $6,400 | – | $50 | – | $7,850 |  |
| $6,450 | – | $50 | – | $7,900 |  |
| $4,500 | – | $50 | – | $7,950 |  |
| $4,550 | – | $50 | – | $8,000 |  |
| $4,600 | – | $50 | – | $8,050 |  |
| $4,650 | – | $50 | – | $8,100 |  |
| $4,700 | – | $50 | – | $8,150 |  |
| $4,750 | – | $50 | – | $8,200 |  |
| $2,800 | – | $50 | – | $8,250 |  |
| $2,800 | – | $50 | – | $8,300 |  |
| $2,800 | – | $50 | – | $8,350 |  |
| $2,800 | – | $50 | – | $8,400 |  |
| $2,800 | – | $50 | – | $8,450 |  |

| | | | | | |
|---|---|---|---|---|---|
| **$2,800** | – | $50 | – | **$8,500** | |
| **$2,800** | – | $50 | – | **$8,550** | |
| **$2,800** | – | $50 | – | **$8,600** | $7,000 |
| **$2,800** | – | $50 | – | **$8,650** | – |
| **$2,800** | – | $50 | – | **$8,700** | – |
| **$2,800** | – | $50 | – | **$8,750** | – |
| **$2,800** | – | $50 | – | **$8,800** | – |
| **$2,800** | – | $50 | – | **$8,850** | – |
| **$2,800** | – | $50 | – | **$8,900** | – |
| **$2,800** | – | $50 | – | **$8,950** | – |
| **$2,800** | – | $50 | – | **$9,000** | – |
| **$2,800** | – | $50 | – | **$9,050** | – |
| **$2,800** | – | $50 | – | **$9,100** | – |
| **$2,800** | – | $50 | – | **$9,150** | – |
| **$2,800** | – | $50 | – | **$9,200** | – |
| **$2,800** | – | $50 | – | **$9,250** | – |
| **$2,800** | – | $50 | – | **$9,300** | – |
| **$2,800** | – | $50 | – | **$9,350** | – |
| **$2,800** | – | $50 | – | **$9,400** | – |
| **$2,800** | – | $50 | – | **$9,450** | – |
| **$2,800** | – | $50 | – | **$9,500** | – |
| **$2,800** | – | $50 | – | **$9,550** | – |
| **$2,800** | – | $50 | – | **$9,600** | – |
| **$2,800** | – | $50 | – | **$9,650** | – |
| **$2,800** | – | $50 | – | **$9,700** | – |
| **$2,800** | – | $50 | – | **$9,750** | – |
| **$2,800** | – | $50 | – | **$9,800** | – |
| **$2,800** | – | $50 | – | **$9,850** | – |
| **$2,800** | – | $50 | – | **$9,900** | – |
| **$2,800** | – | $50 | – | **$9,950** | – |
| **$2,800** | – | $50 | – | **$10,000** | – |
| **$2,800** | – | $50 | – | **$10,050** | – |
| **$2,800** | – | $50 | – | **$10,100** | – |

| October Rent Penalty | Partial October Payment | October Past Due Balance | Total Amount Due |
|---|---|---|---|
| | | | $7,000 |
| | | | $7,000 |
| | | | $7,000 |
| | | | $7,250 |
| | | | $7,300 |
| | | | $7,350 |
| | | | $7,400 |
| | | | $7,450 |
| | | | $7,500 |
| | | | $7,550 |
| | | | $7,600 |
| | | | $4,650 |
| | | | $4,700 |
| | | | $4,750 |
| | | | $4,800 |
| | | | $4,850 |
| | | | $4,900 |
| | | | $4,950 |
| | | | $5,000 |
| | | | $5,050 |
| | | | $5,100 |
| | | | $5,150 |
| | | | $5,200 |
| | | | $5,250 |
| | | | $5,300 |
| | | | $5,350 |
| | | | $5,400 |
| | | | $5,450 |
| | | | $5,500 |
| | | | $5,550 |
| | | | $5,600 |
| | | | $12,650 |
| | | | $12,700 |
| | | | $12,750 |
| | | | $13,050 |
| | | | $13,150 |
| | | | $13,250 |
| | | | $13,350 |
| | | | $13,450 |
| | | | $13,550 |
| | | | $13,650 |
| | | | $13,750 |
| | | | $13,850 |
| | | | $13,950 |
| | | | $14,050 |
| | | | $14,150 |
| | | | $14,250 |
| | | | $14,350 |
| | | | $12,450 |
| | | | $12,550 |
| | | | $12,650 |
| | | | $12,750 |
| | | | $12,850 |
| | | | $12,950 |
| | | | $11,050 |
| | | | $11,100 |
| | | | $11,150 |
| | | | $11,200 |
| | | | $11,250 |

Movant's Exhibit C

|  |  |  | $11,300 |
|---|---|---|---|
|  |  |  | $11,350 |
|  |  |  | $18,400 |
|  |  |  | $18,450 |
|  |  |  | $18,500 |
| $250 | – | $7,250 | $18,800 |
| $50 | – | $7,300 | $18,900 |
| $50 | – | $7,350 | $19,000 |
| $50 | – | $7,400 | $19,100 |
| $50 | – | $7,450 | $19,200 |
| $50 | – | $7,500 | $19,300 |
| $50 | – | $7,550 | $19,400 |
| $50 | – | $7,600 | $19,500 |
| $50 | – | $7,650 | $19,600 |
| $50 | – | $7,700 | $19,700 |
| $50 | – | $7,750 | $19,800 |
| $50 | – | $7,800 | $19,900 |
| $50 | – | $7,850 | $20,000 |
| $50 | – | $7,900 | $20,100 |
| $50 | – | $7,950 | $20,200 |
| $50 | – | $8,000 | $20,300 |
| $50 | – | $8,050 | $20,400 |
| $50 | – | $8,100 | $20,500 |
| $50 | – | $8,150 | $20,600 |
| $50 | – | $8,200 | $20,700 |
| $50 | – | $8,250 | $20,800 |
| $50 | – | $8,300 | $20,900 |
| $50 | – | $8,350 | $21,000 |
| $50 | – | $8,400 | $21,100 |
| $50 | – | $8,450 | $21,200 |
| $50 | – | $8,500 | $21,300 |
| $50 | – | $8,550 | $21,400 |
| $50 | – | $8,600 | $21,500 |