Alvin Malone
Law Offices of Al Malone
3100 W. Southlake Blvd., Ste. 110
Southlake, TX 76092
817.953.3112 Phone

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE:<br>**BRANDON L PELT AND MARTI PELT**<br><br>**DEBTORS** | **CASE NO. 25-43995-ELM13**<br><br><br>**CHAPTER 13** |

**DANIELE AND LAUREN BRUSAFERRO,**

    **MOVANTS**

**V.**

**BRANDON L PELT AND MARTI PELT**

    **RESPONDENTS**            **Hearing Date: November 12, 2025**
                                                     **Hearing Time: 9:30 AM**

### RESPONDENT /DEBTOR'S AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared Brandon L Pelt, who after being by me duly sworn and upon oath stated that he is over eighteen (18) years of age, of sound mind, and that he is qualified and competent in all respects to make this affidavit and to do so of his own personal knowledge and she further stated:

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

1. Debtor, Brandon L Pelt, filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code in Case Number 25-43995-elm-13 on or about 10/15/2025.

2. On or about 10/23/2025, Movants, filed a Motion for Relief from Automatic Stay seeking a lift of the automatic stay insofar as the property described in the Motion for Relief from Automatic Stay.

3. The above-described property is not a burden to the Bankruptcy Estate and should not be abandoned.

4. The above-described property is Debtors' sole residence and is essential to the Debtors and the Debtors' family.

5. Debtor would be caused irreparable injury and undue hardship if the Automatic Stay were terminated, and Motion was granted.

WHEREFORE, Debtor respectfully requests that this Court deny Movant's Motion for Relief from Automatic Stay.

_____
Brandon L Pelt
Debtor

SUBSCRIBED AND SWORN TO before me the above-named Affiant on 11/10/2025, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas



JUDITH CORVINA
Notary ID # 135515952
My Commission Expires
May 15, 2029